# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
09/08/2020
CT Log Number 538214853

TO: Rebecca Thompson
UnitedHealth Group Incorporated (111504190770700600)
9900 Bren Rd E Ste 300W, MN008-T502
Minnetonka, MN 55343-9693

RE: **Process Served in California**

FOR: UMR, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | A New Start Treatment and Recovery Center, LLC, etc., Pltf. vs. UMR Inc., LLC, etc., Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified Case # 20SMCV01220 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/08/2020 at 02:33 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/08/2020, Expected Purge Date: 10/08/2020 Image SOP Email Notification,  Administrative Assistant  legalmail@uhg.com |
| **SIGNED:** **ADDRESS:** | C T Corporation System 1999 Bryan St Ste 900 Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529 MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / JB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Tue, Sep 8, 2020

**Server Name:**             GERARDO MARTINEZ

**Location:**                Los Angeles, CA

| | |
|---|---|
| Entity Served | UMR, INC. |
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 20SMCV01220 |
| Jurisdiction | CA |

Electronically FILED by Superior Court of California, County of Los Angeles on 09/03/2020 02:37 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Mariscal, Deputy Clerk
20SMCV01220

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
UMR INC., LLC

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

A NEW START TREATMENT AND RECOVERY CENTER, LLC d/b/a

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Santa Monica Courthouse<br>1725 Main Street<br>Santa Monica, CA 90401 | CASE NUMBER: *(Número del Caso):*<br>20SMCV01220 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Samuel R. Blackmar 5757 W. Century Blvd., Suite 680, Los Angeles, CA 90045

| DATE:<br>*(Fecha)* 09/03/2020 | Sherri R. Carter Executive Officer / Clerk of Court | Clerk, by<br>*(Secretario)* M. Mariscal | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.

2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: **UMR INC., LLC**

   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:

4. ☒ by personal delivery on *(date)*: 9-8-2020

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courts.ca.gov |
|---|---|---|

SUM-200(A)

| SHORT TITLE:<br>MUSE TREATMENT v. UMR INC. | CASE NUMBER: |
|---|---|

### INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

| [x] Plaintiff | [ ] Defendant | [ ] Cross-Complainant | [ ] Cross-Defendant |
|---|---|---|---|

MUSE TREATMENT, A California Limited Liability Company

Page _____ of _____

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

### ADDITIONAL PARTIES ATTACHMENT
**Attachment to Summons**

Electronically Filed by Superior Court of California, County of Los Angeles on 09/03/2020 02:37 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Mariscal,Deputy Clerk
20SMCV01220

Assigned for all purposes to: Santa Monica Courthouse, Judicial Officer: Mark Epstein

SAMUEL R. BLACKMAR, ESQ. (SBN 331139)
NAPOLI SHKOLNIK, PLLC.
5757 W. Century Boulevard Suite 680
Los Angeles, CA 90045
Telephone: 212-397-1000
E-mail:   Sblackmar@napolilaw.com


Attorneys for Plaintiffs
A NEW START TREATMENT AND
RECOVERY CENTER LLC. d/b/a
MUSE TREATMENT


**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

| A New Start Treatment and Recovery Center, LLC. d/b/a Muse Treatment, a California Limited Liability Company | CASE NO. |
|---|---|
| Plaintiff, | [UNLIMITED CIVIL] |
| v. | **COMPLAINT FOR UNPAID BENEFITS** |
| UMR Inc., LLC, a Delaware corporation | **UNDER 29 U.S.C. 1132(A)(1)(B)** |
| Defendant. | BROUGHT UNDER THIS COURT'S CONCURRENT JURISDICTION OVER ERISA ACTIONS FOR UNPAID BENEFITS. |

Plaintiff by way of a complaint against Defendant alleges:

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

1.   This Court has jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) which provides for concurrent State and Federal jurisdiction over claims brought under 29 U.S.C. § 1132(a)(1)(b). This is a simple collections action under 29 U.S.C. § 1132(a)(1)(b)and may thus be properly brought in this Court.

ACTION TO RECOVER WRONGLY DENIED BENEFITS - PAGE 1

2.     Plaintiff A New Start Treatment and Recovery Center, LLC. d/b/a Muse Treatment(hereinafter "Plaintiff" or "Muse") is, and at all times herein mentioned was, a duly organized California Limited Liability Company qualified to do business in the State of California, and the owner and operator of a duly licensed healthcare facility doing business in this County.

3.     Defendant UMR, Inc. is a Delaware corporation licensed and registered to do business in the state of California.

4.     Plaintiff is, and at all times herein mentioned was, the owner and operator of a healthcare facility providing mental health and substance use disorder treatment in Los Angeles, California.

5.     Defendant is and at all times was an insurance company or benefits administrator in charge of the administration of various health and disability indemnity arrangements. Defendant indemnified or administered benefits for member OR (hereinafter "Member" or "Patient").

3.     Between October 9th, 2017 and January 11th, 2018, Plaintiff provided care to Patient OR. OR's identity and health information regarding OR are Protected Health Information subject to the protections of the Health Insurance Portability and Accountability Act under 45 C.F.R. §§ 160.102; 160.103 ("HIPAA"). The name of Patient and unredacted records containing Protected Health Information will be provided to Defendant in a manner

consistent with HIPAA. A redacted list of unpaid claims is attached hereto as EXHIBIT A.

4.   Defendant  provided  Plaintiff  with  benefits  details including  operative  plan  language  prior  to  OR's  agreement  to receive  care  from  Plaintiff.  The  provided  plan  information included  the  conditions  of  payment  for  healthcare  services. Plaintiff provided healthcare services pursuant to the terms and conditions stated in Defendant's communications. A deidentified transcript is attached hereto as EXHIBIT B.

5.   Plaintiff submitted bills to Defendant on standardized Universal Billing Forms known in the healthcare industry as UB-04 forms. Box 53 of the UB-04 form includes an option to indicate whether  OR  assigned  benefits  to  Plaintiff.  An  affirmative indication on that box was a condition of Defendant's payment of OR's claims. Plaintiff checked Box 53 because Plaintiff was the assignee of the right to payment for services it provided to OR. Defendant acknowledged the validity of its assignment of benefits and did not raise any anti-assignment provisions that would suggest Plaintiff was not entitled to be paid directly. A redacted copy of a UB-04 bill is attached hereto as EXHIBIT C.

6.   OR  executed  a  valid  assignment  of  benefits  and authorized representative form entitling Plaintiff to pursue all necessary steps to secure payment from OR's insurance company.

7.   Defendant  did  pay  some  of  the  money  it  owed  as  OR's indemnifier. Defendant paid for services for 19 dates of service

between December 4 and December 25, 2017, but denied the remaining 52 dates of service.

8.    Defendant established a course of dealing that confirmed the validity of its agreement to pay Plaintiff directly for the services Plaintiff provided. Plaintiff relied in good faith on this arrangement.

9.    Since submitting claims for OR, Plaintiff has taken extensive measures to secure payment, including submitting multiple appeals, spending hours on the telephone, and corresponding by facsimile with Defendant. Defendant denied claims unfairly and then ignored Plaintiff, failing to acknowledge or review the documentation Plaintiff submitted.

ALLEGATIONS AS TO PLAINTIFF'S FIRST CAUSE OF ACTION

**(For Breach of 29 U.S.C. § 1132(a))**

10.    Plaintiff realleges paragraphs 1 through 9 inclusive and incorporates them herein by this reference.

11.    OR was insured or indemnified by an insurance arrangement governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq.*

12.    State and Federal courts have concurrent jurisdiction over disputes arising under 29 U.S.C. § 1132(a)(1)(b).

13.    The events and occurrences at issue in this action took place in this jurisdiction.

14.    Plaintiff was the valid and agreed upon assignee of the right to payment for services it provided to OR.

ACTION TO RECOVER WRONGLY DENIED BENEFITS - PAGE 4

15. The right to payment includes the right to sue for such payment.

16. Defendant wrongly refused to pay for OR's healthcare services leaving a total amount of $157,500.00 outstanding.

17. Defendant detailed its conditions of payment in numerous correspondence and communication.

18. Plaintiff met all conditions of payment.

19. Plaintiff made exhaustive attempts to collect payment from Defendant.

20. Defendant refused to pay the amounts it owed for services OR received despite receiving documentation substantiating such services.

21. Defendant refused or failed to review any of the relevant documents Plaintiff submitted as part of Plaintiff's attempt to collect the money Defendant owes.

22. Defendant's claims processing and appeals processes failed to produce substantive determinations on the numerous appeals, grievances or disputes that Plaintiff submitted.

23. Defendant has wrongfully withheld not less than $157,500.00.

Plaintiff brings this action under 29 U.S.C. § 1132(a)(1)(b) to recover benefits payments wrongly denied to it. Plaintiff brings this action on its own behalf as the assignee of the right to payment.

**WHEREFORE**, Plaintiff prays for judgment against the Defendant as follows:

  For damages equivalent to the amount of wrongly denied benefits equaling not less than $157,500.00;

  For damages in a sum of statutorily guaranteed interest in the amount of not less than 12% per annuum from date of claims for benefits should have been paid, or other interest as this Court may deem proper;

  For attorneys' fees and costs;

  For other such and further relief as this Court deems just and Proper.


        Napoli Shkolnik, PLLC

        A Professional Limited Liability Corporation

Dated: September 3 , 2020 By:_____
         SAMUEL R. BLACKMAR
         Attorney for Plaintiff
         A New Start Treatment and
         Recovery Center LLC.

# EXHIBIT A

| PATIENT INITIALS | FACILITY | DATE OF SERVICE | CPT CODE | REV CODE | INSURER | BILLED AMOUNT | UMR PAID |
|---|---|---|---|---|---|---|---|
| OR | A NEW START TREATMENT AND RECOVERY | 10/09/2017 | H0010 | 1002 | UMR | $4,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/10/2017 | H0010 | 1002 | UMR | $4,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/11/2017 | H0010 | 1002 | UMR | $4,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/12/2017 | H0010 | 1002 | UMR | $4,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/13/2017 | H0010 | 1002 | UMR | $4,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/14/2017 | H0010 | 1002 | UMR | $4,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/15/2017 | H0010 | 1002 | UMR | $4,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/16/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/17/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/18/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/19/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/20/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/21/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/22/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/23/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/24/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/25/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/26/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/27/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/28/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/29/2017 | H0018 | 1002 | UMR | $4,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/30/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 10/31/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/01/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/02/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/03/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/06/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/07/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/08/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/09/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/10/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/13/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/14/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/15/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/16/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/17/2017 | S0201 | 0913 | UMR | $2,500.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/20/2017 | H0015 | 0906 | UMR | $1,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/21/2017 | H0015 | 0906 | UMR | $1,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/22/2017 | H0015 | 0906 | UMR | $1,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/24/2017 | H0015 | 0906 | UMR | $1,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/27/2017 | H0015 | 0906 | UMR | $1,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/28/2017 | H0015 | 0906 | UMR | $1,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/29/2017 | H0015 | 0906 | UMR | $1,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 11/30/2017 | H0015 | 0906 | UMR | $1,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 12/01/2017 | H0015 | 0906 | UMR | $1,800.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 01/02/2018 | 90853 | 0915 | UMR | $900.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 01/03/2018 | 90853 | 0915 | UMR | $900.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 01/04/2018 | 90853 | 0915 | UMR | $900.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 01/05/2018 | 90853 | 0915 | UMR | $900.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 01/08/2018 | 90853 | 0915 | UMR | $900.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 01/09/2018 | 90853 | 0915 | UMR | $900.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 01/10/2018 | 90853 | 0915 | UMR | $900.00 | $0.00 |
| OR | A NEW START TREATMENT AND RECOVERY | 01/11/2018 | 90853 | 0915 | UMR | $900.00 | $0.00 |
|  |  |  |  |  | TOTAL UNPAID | $157,500.00 |  |

# EXHIBIT B

# Muse

Tax ID #: 38-3900926

NPI #: 1477967271

## Insurance Verification of Benefits Form

CLIENT NAME: ██████████                                    SSN: _____  DOB: ██████  ☐ M ☐ F

CLIENT ADDRESS: _____  PHONE: _____

INSURED NAME: _____  SSN: _____  DOB: _____  ☐ M ☐ F

INSURED RELATION: _____  EMPLOYER: _____  EMPLOYED: ☐ Y ☐ N  STUDENT: ☐ Y ☐ N

INSURANCE COMPANY: UMR                                    State: _____  INS PHONE: 877-303-2414

ID #: ██████████  GRP #: ████████  TYPE: PPO                      Exchange: ☐ Yes ■ No

Completed by: Carla M          Date: 10/10/2017     Start Time: 11:00 am     Plan Effective Date: 6/01/2017

Renewal Date: _____  Terms: ■ Annual ☐ Benefit Year ☐ Monthly   Grace Period: ☐ Yes ■ No _____

If dependent, what age will policy term? _____  COB on file? ☐ Yes ■ No   Is this primary: ■ Yes ☐ No

OUT DED: $1,500.00 ___ MET: $0.00 ___  OUT OOP: N/A _____ MET: N/A _____   ☐ DED/OOP Separate ☐ Combined

Family DED: _____  MET: _____  Family OOP: _____  MET: _____

Substance Abuse Benefits: PRE-CERT AUTH: Detox: ■ Yes ☐ No RTC: ■ Yes ☐ No PHP: ■ Yes ☐ No IOP: ■ Yes ☐ No OP: ☐ Yes ■ No

Reimbursement Rates based on (U&C, MRC1, MRC2, MNRP): MNRP 110%          3rd Party Cost Containment Company: _____

Limitations, Exclusions, Accreditation Requirements (JCAHO, CARF): State license _____

Out of Network Benefits: ■ Yes ☐ No   Out of State Benefits: ■ Yes ☐ No   Does the policy pay if client leaves AMA?: ☐ Yes ☐ No

24 Hour Nursing Detox? ☐ Yes ■ No    24 Hour Nursing RTC? ☐ Yes ■ No    Registered Nurse? ☐ Yes ■ No       LVN/LPN? ☐ Yes ☐ No

| | % Insurance Covers | Co-pay | Max $/Day | Annual Limit? | Days Used | Notes |
|---|---|---|---|---|---|---|
| DETOX H0010 0100/0126 | 60% | | | | | |
| RES H0018 0100/1002 | 60% | | | | | |
| PHP S0201 0911/0912 | 60% | | | | | |
| IOP H0015 0911/0906 | 60% | | | | | |
| OP/GRP 90853 | 60% | | | | | |
| OP/IDV 90834 | 60% | | | | | |

**Benefits Summary:**

Accepts AOB.

| SA/MH Claims: PO Box 30541 Salt Lake City, UT 84130 | Payer ID: 39026 | Penalty: yes |
|---|---|---|
| Pre-Cert Company: Care Management | Pre-Cert Phone: 866-494-4507 | |
| ☐ Fully Funded ■ Self-Funded | Rep Name: Joe | Reference #: 17101000022023 |
| Labs/UA's Covered? ■ Yes ☐ No | % Covered: 60% | Auth/Pre-Cert Required? ☐ Yes ☐ No |
| ☐ 80305 ☐ 80306 ☐ 80307 ☐ G0477 ☐ G0479 ☐ G0480 | Annual Limit: ☐ Yes ☐ No | Prior Auth: ☐ Yes ■ No     ☐ 96101 ☐ 96102 ☐ 96103 |
| 2nd Rep Name: | 2nd Reference #: | |

*It is agreed that where Hansei Solutions provides a quote of availability/eligibility and benefits, that does not constitute a guaranty or warranty of payment by the insurance company, or full accordance with the written terms of the policy. Payment of benefits are subject to eligibility, medical necessity, and the terms and conditions, limitations, and exclusions of the patient's policy at the time services are rendered It is agreed that Hansei Solutions is not liable or responsible for the benefits quoted or reported by the insurance company and understood that each insurance company provides its own disclaimers against the accuracy of information provided. It is agreed that the terms and conditions located within the contract shall apply.*

# EXHIBIT C



A NEW START TREATMENT DBA MU
1251 WESTWOOD BLVD
LOS ANGELES, CA 90024-4811
(424)387-3005

3a PAT CNTL #: 861717904
b. MED REC #:
4 TYPE OF BILL: 133
5 FED. TAX NO.: 383900926
6 STATEMENT COVERS PERIOD FROM: 100917 THROUGH: 101517

8 PATIENT NAME: a [redacted] b [redacted]
9 PATIENT ADDRESS: a [redacted] b [redacted] c [redacted] d [redacted]

10 BIRTHDATE: [redacted]
11 SEX: [redacted]
12 ADMISSION DATE: 100917
13 HR: 08
14 TYPE: 3
15 SRC: 9
17 STAT: 30

SUMR FKA UMR WAUSAU
PO BOX 30541
SALT LAKE CITY, UT 84130-0541

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 1002 | BEHAVIORAL HEALTH ACCOMM | H0010 | 100917 | 1.0 | 4,800.00 | |
| 1002 | BEHAVIORAL HEALTH ACCOMM | H0010 | 101017 | 1.0 | 4,800.00 | |
| 1002 | BEHAVIORAL HEALTH ACCOMM | H0010 | 101117 | 1.0 | 4,800.00 | |
| 1002 | BEHAVIORAL HEALTH ACCOMM | H0010 | 101217 | 1.0 | 4,800.00 | |
| 1002 | BEHAVIORAL HEALTH ACCOMM | H0010 | 101317 | 1.0 | 4,800.00 | |
| 1002 | BEHAVIORAL HEALTH ACCOMM | H0010 | 101417 | 1.0 | 4,800.00 | |
| 1002 | BEHAVIORAL HEALTH ACCOMM | H0010 | 101517 | 1.0 | 4,800.00 | |
| 0001 | PAGE 1 OF 1 | CREATION DATE | 090220 | TOTALS | 33,600.00 | 0.00 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| UMR FKA UMR WAUSAU | [redacted] | Y | Y | 0.00 | 33,600.00 | 1477967271 |

58 INSURED'S NAME: [redacted]
59 P. REL: [redacted]
60 INSURED'S UNIQUE ID: [redacted]
61 GROUP NAME:
62 INSURANCE GROUP NO.: [redacted]

63 TREATMENT AUTHORIZATION CODES: 2017-1010-001208
64 DOCUMENT CONTROL NUMBER:
65 EMPLOYER NAME:

66 DX: F10.20 F12.20
0
69 ADMIT DX: F10.20
70 PATIENT REASON DX:
71 PPS CODE:
72 ECI:

74 PRINCIPAL PROCEDURE CODE DATE
a. OTHER PROCEDURE CODE DATE
b. OTHER PROCEDURE CODE DATE
c. OTHER PROCEDURE CODE DATE
d. OTHER PROCEDURE CODE DATE
e. OTHER PROCEDURE CODE DATE

76 ATTENDING NPI 1922157320 QUAL
LAST REITMAN FIRST JONATHAN MD
77 OPERATING NPI QUAL
LAST FIRST
78 OTHER NPI QUAL
LAST FIRST
79 OTHER NPI QUAL
LAST FIRST

80 REMARKS
81 CC a b c d

UB-04 CMS-1450 APPROVED OMB NO. 0938-0997 NUBC LIC9213257
THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

Electronically FILED by Superior Court of California, County of Los Angeles on 09/03/2020 02:37 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Mariscal,Deputy CM-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):* 20SMCV01220<br>Samuel Blackmar (CA SBN 331139)<br>NAPOLI SHKOLNIK, PLLC<br>5757 W. Century Boulevard Suite 680, Los Angeles, CA 90045<br>SBlackmar@napolilaw.com<br>TELEPHONE NO.: 212-397-1000    FAX NO. *(Optional):*<br>ATTORNEY FOR *(Name):* A New Start Treatment and Recovery Center, LLC. d/b/a Muse Trea | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 1725 Main St., Santa Monica, CA 90401
MAILING ADDRESS: 1725 Main Street
CITY AND ZIP CODE: Santa Monica, CA 90401
BRANCH NAME: Santa Monica Courthouse

CASE NAME:
Muse Treatment Center v. UMR, Inc.

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|---|
| [x] **Unlimited** (Amount demanded exceeds $25,000) | [ ] **Limited** (Amount demanded is $25,000) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[x] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* Action to recover wrongly denied benefits under 29 USC 1132(a)(1)(b)
5. This case [ ] is  [x] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 9/2/2020

Samuel Ross Blackmar
_____
(TYPE OR PRINT NAME)                                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability (not asbestos or toxic/environmental) (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (not civil harassment) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice (not medical or legal)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)
  Contract/Warranty Breach–Seller Plaintiff (not fraud or negligence)
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage (not provisionally complex) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (not eminent domain, landlord/tenant, or foreclosure)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (arising from provisionally complex case type listed above) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment (non-domestic relations)
  Sister State Judgment
  Administrative Agency Award (not unpaid taxes)
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (not specified above) (42)
  Declaratory Relief Only
  Injunctive Relief Only (non-harassment)
  Mechanics Lien
  Other Commercial Complaint Case (non-tort/non-complex)
  Other Civil Complaint (non-tort/non-complex)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (not specified above) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]
**CIVIL CASE COVER SHEET**
Page 2 of 2

| SHORT TITLE: MUSE TREATMENT v UMR., INC | CASE NUMBER |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Court Filing Location (Column C) |
|---|

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 1, 11 |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Exhibit A, Page 23

| SHORT TITLE: MUSE TREATMENT v UMR., INC | CASE NUMBER |
| --- | --- |

| A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
| --- | --- | --- |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | | |
| Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1, 2, 3 |
| | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | | |
| Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | ☐ A6109  Labor Commissioner Appeals | 10 |
| **Contract** | | |
| Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 5, 6, 11 |
| | ☐ A6012  Other Promissory Note/Collections Case | 5, 11 |
| | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| Insurance Coverage (18) | ☑ A6015  Insurance Coverage (not complex) | 1, 2, (5) 8 |
| Other Contract (37) | ☐ A6009  Contractual Fraud | 1, 2, 3, 5 |
| | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | | |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation       Number of parcels_____ | 2, 6 |
| Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2, 6 |
| | ☐ A6032  Quiet Title | 2, 6 |
| | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | | |
| Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

LASC CIV 109 Rev. 12/18

For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3

Page 2 of 4

Exhibit A, Page 24

| SHORT TITLE: MUSE TREATMENT v. UMR., INC | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8 |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 5, 11 |
| | | ☐ A6160  Abstract of Judgment | 2, 6 |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9 |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1, 2, 8 |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment With Damages | 2, 3, 9 |
| | | ☐ A6123  Workplace Harassment With Damages | 2, 3, 9 |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case With Damages | 2, 3, 9 |
| | | ☐ A6190  Election Contest | 2 |
| | | ☐ A6110  Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ A6100  Other Civil Petition | 2, 9 |

**CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION**

Local Rule 2.3<br>Page 3 of 4

Exhibit A, Page 25

| SHORT TITLE: MUSE TREATMENT v UMR, INC. | CASE NUMBER |
|---|---|

**Step 4:** **Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON: | ADDRESS: |
|---|---|
| ☐ 1. ☐ 2. ☐ 3. ☐ 4. ☑ 5. ☐ 6. ☐ 7.  ☐ 8. ☐  9. ☐ 10. ☐ 11. | 1251 Westwood Blvd.<br>LOS ANGELES, CA 90025 |

| CITY: | STATE: | ZIP CODE: |
|---|---|---|
| Los Angeles | CA | 90025 |

**Step 5:** **Certification of Assignment:** I certify that this case is properly filed in the ___West Judicial___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: ___September 3, 2020___

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 4 of 4

Exhibit A, Page 26

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Santa Monica Courthouse<br>1725 Main Street, Santa Monica, CA 90401 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**09/03/2020**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ M. Mariscal _____ Deputy |
| NOTICE OF CASE ASSIGNMENT<br><br>UNLIMITED CIVIL CASE | |
| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER:<br>20SMCV01220 |

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✓ | Mark H. Epstein | R | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 09/04/2020
   (Date)

Sherri R. Carter, Executive Officer / Clerk of Court

By M. Mariscal _____, Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007.  They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint.  Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date.  All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference.  These matters may be heard and resolved at this conference.  At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules.  Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction.  Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status.  If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**